```
 1  PINNOCK & WAKEFIELD, A.P.C.
    Theodore A. Pinnock, Esq.     Bar #: 153434
 2  Michelle L. Wakefield, Esq.   Bar #: 200424
    David C. Wakefield, Esq.      Bar #: 185736
 3  3033 Fifth Avenue, Suite 410
    San Diego, CA  92103
 4  Phone: (619) 858-3671
    Fax:   (619) 858-3646
 5
    Attorneys for Plaintiffs
 6
```

FILED

06 SEP 28 AM 9:27

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES DUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS,<br><br>Plaintiffs<br><br>v.<br><br>HIRMIZ NASIR d.b.a. NEW WAY LIQUOR; NASIR HIRMIZ; TOM SHENG 76 ENTERPRISES, L.P. (Company/Corporation); And DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No.:06cv1617 LAB (CAB)<br><br>REQUEST FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY AND ORDER THEREON.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

IT IS HEREBY REQUESTED by Plaintiffs **TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES DUING ON BEHALF OF ROBERT ARRON MCKISSICK, AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS; ROBERT ARRON MCKISSICK, A MINOR; AIDA ESTETA BARTOSH AND ANNA MARIE WIGGINS**, via their attorneys of record that, pursuant

Case Number. 06cv1617 LAB (CAB)

to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of ALL Defendants from Plaintiffs' Complaint, Case Number 06cv1617 LAB (CAB).

Additionally, Plaintiffs request Plaintiffs' complaint be dismissed with prejudice in its entirety.

**IT IS SO REQUESTED.**

Dated: 09-13-06

PINNOCK & WAKEFIELD, A.P.C.

By: _____
THEODORE A. PINNOCK, ESQ.
DAVID C. WAKEFIELD, ESQ.
Attorneys for Plaintiffs

**ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**

**IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06cv1617 LAB (CAB). Additionally, Plaintiffs Complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 9.27.06

Larry A. Burns
_____
HON. LARRY A. BURNS
U.S. DISTRICT COURT JUDGE

Case Number. 06cv1617 LAB (CAB)